Rose Cherubino, as Committee of the Estate of Frank Cherubino, Respondent, v. James Meenan and Evelyn Meenan, His Wife, Appellants.*— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Rich, Young, Hagarty and Scudder, JJ.; Lazansky, P. J., in concurring, recognizes the authority of Castro v. New York Railways Corporation (224 App. Div. 623),

* Af'd., 253 N. Y. 462.

but does not concede the correctness of the holding therein in so far as the police regulation is concerned.